RECEIVED
MAR - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ARMANDO MORALES MEDINA | DOCKET NO. 13-cv-2989; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| DEPT. HOMELAND SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the "Motion for Preliminary Injunction Requesting a Bond or Release Under Supervision" [Doc. #4] be **DENIED AND DISMISSED AS TO THE CONSTITUTIONAL CLAIMS, WITHOUT PREJUDICE TO FILING A SECTION 2241 PETITION**, and **DENIED AND DISMISSED FOR LACK OF JURISDICTION** as to the claims regarding the denial of a bond by the Attorney General.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 6th day of March, 2014.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT